# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

November 21, 2025

CL-2023-0533

James W. Hynes v. Milton B. Middleton, Margaret W. Middleton, Ted L. Calhoun, Elizabeth R. Calhoun, Brian Gilbert, and Jacalyn Gilbert (Appeal from Tallapoosa Circuit Court: CV-22-900026).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Bowden, JJ., concur.

Seth P. Rhodebeck, Clerk